<table>
<tr><td>Member New York<br>& Florida Bar</td><td align="center">**BRUCE R. BRYAN, ESQ.**<br>―――――――――――<br>333 East Onondaga Street, Suite 600<br>Syracuse, New York 13202<br>(315) 476-1800</td><td>bruce@bryanappeals.com<br>www.bryanappeals.com</td></tr>
</table>

FILED
2015 AUG -7 P 2: 37
US DISTRICT COURT
HARTFORD CT

August 3, 2015

Hon. Alfred V. Covello
United States District Court,
  District of Connecticut
450 Main Street
Suite 125
Hartford, Connecticut 06103

Attn: Casey Smith, Esq.
       Law Clerk

*The Clerk is directed to docket this motion(letter) So Ordered*

/s/ Alfred V. Covello
Judge Alfred V. Covello
Date: 09/06/15

Re: Un*ited States v. Lancia,* 10-cr-126(AVC)

Dear Judge Covello:

    I am writing pursuant to my conversation with your Law Clerk, Casey Smith, regarding the assignment of CJA Counsel for Mr. Lancia in the district court upon the remand of his case from the Second Circuit. As discussed with Mr. Smith, please accept this letter as my motion to withdraw as his CJA counsel and request that another attorney be appointed as his CJA counsel in the district court.

    I am not admitted to the United States District Court for the District of Connecticut. I have almost exclusively an appellate practice. I am located in Syracuse, New York, and it would not be cost effective to the district court that I be appointed as his counsel in the district court.

    Thank you for your consideration in this matter.

Very truly yours,

/s/ Bruce R. Bryan
Bruce R. Bryan, Esq.